# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.
    PELVIC REPAIR SYSTEM                    MDL NO. 2325
    PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

SUSAN STOCKTON,

        Plaintiff,

v.                                                                         Civil Action No. 2:19-cv-00565
                                                                         Judge Goodwin

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.

## MEMORANDUM OPINION AND ORDER

On August 2, 2019, the plaintiff directly filed a Short Form Complaint in this court despite Pretrial Order ("PTO") # 256 ordering that "plaintiffs may no longer direct file claims against American Medical Systems, Inc. in the AMS MDL (as set forth in PTO # 176) or in any other pelvic mesh MDL assigned to the court[.]" *See In re: American Medical Systems, Inc. Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2325 ("MDL 2325") filed on June 21, 2018 [ECF # 6123]. On June 19, 2018, the Judicial Panel on Multidistrict Litigation entered a Minute Order Suspending Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions. *Id* at ECF # 6110. Both orders effectively disallow the direct filing or transfer of any new actions in MDL 2325. If plaintiff wishes to proceed, she must file the action in the appropriate jurisdiction.

The court **ORDERS** that this civil action be **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 5, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE